AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

United States of America
v.
**CODY CHILSON**

Case No. 8:25MJ361

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2025__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:751(a) | Defendant did knowingly escape from the custody of Dismas Charities, a Residential Reentry Center and an institutional facility, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Nebraska upon the January 30, 2025, conviction for Violation of Supervised Release conditions. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Mark Anderson, Deputy U.S. Marshal
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 6/30/2025

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY LEE CHILSON<br><br>Defendant. | 8:25MJ361 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF CODY LEE CHILSON

I, Mark Anderson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Cody Lee CHILSON (DOB 7/13/1992, SS# 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).

2. I am a Deputy United States Marshal with the United States Department of Justice United States Marshals Service and have been so employed since 2001. I am currently assigned to the Metro Fugitive Task Force in Omaha, Nebraska. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the District of Nebraska.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated Bureau of Prisons (BOP) facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for Cody CHILSON. I do not include every fact known to me, but only those which I believe are sufficient to show probable cause.

## PROBABLE CAUSE

6. On November 10, 2021, United States District Court Judge for the District of Nebraska, Honorable Brian C. Buescher, sentenced Cody CHILSON to thirty-three (33) months' imprisonment followed by two (2) years of supervised release for his conviction of Assault Resulting in Substantial Bodily Injury to an Intimate Partner, in violation of Title 18, United States Code, Sections 113(a)(7) and 1153. *United States v. Cody Lee Chilson*, 8:21-cr-103-BCB-MDN, Filing No. 53.

7. While serving his term of supervised release, CHILSON violated the terms and conditions of his supervision. Consequently, on January 30, 2025, United States District Judge Brian C. Buescher filed his judgment whereby he sentenced CHILSON to twelve (12) months and one (1) day imprisonment in the custody of the United States Bureau of Prisons. *United States v. Cody Lee Chilson*, 8:21-cr-103-BCB-MDN, Filing No. 109.

8. Cody CHILSON was designated by the Bureau of Prisons for placement at Dismas Residential Reentry Center (RRC). Dismas RRC is a Federal Bureau of Prisons contracted facility located at 506 Crown Point Ave, Omaha, Nebraska. Cody CHILSON arrived at Dismas RRC on May 21, 2025, from FCI Pekin, Illinois. Cody CHILSON has a projected release date of August 18, 2025, via GCT release.

9. On May 21, 2025, while in processing at Dismas RRC, Cody CHILSON signed and dated a DCI242 Acknowledgement of Custody form. This form contained language that informed Cody CHILSON that he was in the custody of the Attorney General and that failing to remain in the Dismas RRC facility without authorization would be considered an escape. By signing the form, Cody CHILSON acknowledged that he fully understood the law and the possible consequences for failing to follow it.

10. On June 5, 2025, at approximately 1:18 AM, Dismas Charities staff member Yankuba Sisawo got into a verbal altercation with Cody CHILSON regarding use of a cellphone in a bathroom. The Dismas staff reported that Cody CHILSON became verbally aggressive and threatened Sisawo. At approximately 1:53 AM, Sisawo observed Cody CHILSON leave through the front door of the facility and get into an Uber vehicle. The vehicle then drove off the RRC property with Cody CHILSON inside. Cody CHILSON did not have permission to leave the facility grounds. Cody CHILSON has not returned to the Dismas RRC facility and his whereabouts are currently unknown.

11. On or about June 5, 2025, in the District of Nebraska, Cody CHILSON, defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, and from any institution or facility in which he is confined by direction of the Attorney General, and from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, and magistrate judge, which custody was by virtue of a conviction in the United States District Court for the District of Nebraska dated on or about January 30, 2025, for the offense of VIOLATION OF SUPERVISED RELEASE CONDITIONS, for which Cody CHILSON was sentenced to twelve (12) months and one (1) day imprisonment in the custody of the United States Bureau of Prisons by United States District Court Brian Buescher.

12. Based on the information set forth, the United States Marshals Service respectfully requests a Criminal Complaint and an arrest warrant be issued for Cody CHILSON.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Mark Anderson
United States Marshals Service

Sworn to before me by telephone or other reliable electronic means:

Date: June 30, 2025

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge